1  J. MICHAEL SUMMEROUR, Bar No. 116500
   Michael.Summerour@bbklaw.com
2  JOSEPH T. ORTIZ, Bar No. 218660
   Joseph.Ortiz@bbklaw.com
3  BEST BEST & KRIEGER LLP
   3750 University Avenue, Suite 400
4  P.O. Box 1028
   Riverside, CA  92502
5  Telephone: (951) 686-1450
   Telecopier: (951) 686-3083

JS-6

Attorneys for Defendant
Pouk & Steinle, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>POUK & STEINLE, INC., a California Corporation,<br><br>Defendant. | Case No.  CV 08-01979 R (VBKx)<br><br>[~~PROPOSED~~] JUDGMENT PURSUANT TO STIPULATION |
|---|---|

In its December 15, 2008, Order Granting Partial Summary Adjudication and Judgment Thereon ("Partial Summary Judgment") this Court ruled that: (a) CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, ("ADMINCO") is entitled to relief under the Southern California Master Labor Agreement and the trust agreements of the trust funds on whose behalf it brings this action and ERISA § 1132(g)(2); and (b) POUK & STEINLE, INC. ("POUK & STEINLE") is obligated to "fully produce its records to ADMINCO in unredacted form for audit." Partial Summary Judgment at ¶¶ 2,3.

At the time it issued its Partial Summary Judgment, the Court also issued a statement of uncontroverted facts and conclusions of law. *See* Statement of Uncontroverted Facts and Conclusions of Law in Support of Motion for Summary Judgment ("Established Facts and Law") (entered on 12/16/08 as Docket No. 52). The Court held that the Established Facts and Law are binding on the remaining proceedings of this case, through trial. *See* Partial Summary Judgment at ¶1; Established Facts and Law at page 17 (¶ 15).

Having reviewed and audited the records at issue, ADMINCO and POUK & STEINLE have now submitted a stipulation for entry of a monetary judgment against POUK & STEINLE ("Stipulation for Judgment"), which was entered into for the express purpose of assessing damages and obtaining a final judgment for those damages in order to facilitate POUK & STEINLE's appeal from that judgment, including its underlying rulings.  In accordance with the parties' Stipulation for Judgment, and in order to facilitate entry of a final, appealable judgment, and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. The Court adopts as its final ruling and judgment, all of the uncontroverted facts and conclusions of law in its Established Facts and Law.

2. The Court adopts as its final ruling and judgment, all of the rulings in (a) its denial of POUK & STEINLE's October 20, 2008 Motion for Judgment on the Pleadings; (b) its denial of POUK & STEINLE's December 15, 2008 Motion for Summary Judgment; and (c) its grant of ADMINCO's December 15, 2008 Motion for Partial Summary Adjudication.

3. In accordance with the Stipulation for Judgment, **JUDGMENT IS HEREBY ENTERED** in favor of the plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, as a fiduciary of, administrator to, agent for collection for, and on behalf of the trust funds, which are the Laborers Health and Welfare Trust Fund for Southern California, Construction Laborers Pension Trust for Southern California, Construction Laborers Vacation Trust for Southern California, Laborers Training and Re-training Trust Fund for Southern California, Fund for Construction Industry Advancement, Center for Contract Compliance and Laborers Contract Administration Trust Fund for Southern California, and against the defendant, POUK & STEINLE, INC., a California corporation, in the principal sum of $**164,119.07** (consisting of **$134,683.07** in unpaid fringe benefit contributions for the months of September of 2006 through June of 2008; **$26,876.00** in liquidated damages and $**2,560.00** in audit fees), as well as **$20,749.32** in interest through March 10, 2009, for a judgment **IN THE AMOUNT OF $184,868.39.**

DATED: __March 05, 2009_   _____
                             Hon. Manuel L. Real
                             United States District Court Judge

1  Submitted By:

2

3  REICH, ADELL & CVITAN                BEST BEST & KRIEGER, LLP
   A Professional Law Corporation
4

5
         /S/                                    /S/
6  By: _____     By: _____
       PETER A. HUTCHINSON                      J. MICHAEL SUMMEROUR
7      Attorneys for Plaintiff                  JOSEPH T. ORTIZ
                                                Attorneys for Defendant
8                                               Pouk & Steinle, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3750 UNIVERSITY AVENUE, SUITE 400
P.O. BOX 1028
RIVERSIDE, CALIFORNIA 92502